# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**JUSTIN JOHN DOBROWSKI**<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br>Criminal Number: **2:06CR00174-01**<br><br>Lexi Negin<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔]  admitted guilt to violation of charge(s) 1 through 6 as alleged in the violation petition filed on 11/12/09.

[ ]  was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The court:  [✔] revokes:  [ ] modifies:  [ ] continues under same conditions of supervision heretofore ordered on  8/4/06 .

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  Charge(s) __ is/are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

1/15/10
Date of Imposition of Sentence

*[signature]*
Signature of Judicial Officer

**GARLAND E. BURRELL, JR.**, United States District Judge
Name & Title of Judicial Officer

2/6/10
Date

CASE NUMBER: 2:06CR00174-01
DEFENDANT: JUSTIN JOHN DOBROWSKI

Judgment - Page 2 of 3

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 & 6 | New Law Violations | 9/21/09 & 10/14/09 |
| 2 | Failure to Participate in Substance Abuse Testing | 9/6, 18, 20 & 21/09 |
| 3 | Failure to Participate in Substance Abuse Counseling | 9/11/09 |
| 4 | Association with a Known Felon | 9/21/09 |
| 5 | Failure to Report Law Enforcement Contact | 9/21/09 & 9/17/09 |

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 32 months .

32 months on Counts 9 & 12 of original judgment (statutory maximum 36 months)
24 months on Counts 1, 25, 26 (statutory maximum 24 months)
12 months on Count 22 (statutory maximum 12 months)

All to run concurrent with each other and concurrent with Sacramento Superior Court cases  09F07150 & 09F07619


[✔]     The court makes the following recommendations to the Bureau of Prisons:
        The Court recommends that the defendant be incarcerated at the facility located at California City, California or Lompoc, California, but only insofar as this accords with security classification and space availability.


[✔]     The defendant is remanded to the custody of the United States Marshal.


[ ]     The defendant shall surrender to the United States Marshal for this district.
        [ ] at ___ on ___ .
        [ ] as notified by the United States Marshal.


[ ]     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
        [ ] before _ on ___ .
        [ ] as notified by the United States Marshal.
        [ ] as notified by the Probation or Pretrial Services Officer.
        If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:




        Defendant delivered on_____ to _____
at _____ , with a certified copy of this judgment.



                                                                                UNITED STATES MARSHAL


                                                                        By  _____
                                                                                Deputy U.S. Marshal